■ SYLVIA G. GLASSER, Respondent, v. PHILIP GLUCKSTERN, Appellant.

Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.